**Billy Allen SKEETS, Appellee,**

v.

**Roy L. JOHNSON, etc., et al., Appellants.**

**No. 85–1761–EA.**

United States Court of Appeals, Eighth Circuit.

Dec. 18, 1986.

Appellants' petition for rehearing en banc is granted. The Clerk is directed to schedule the case for oral argument on Monday, January 12, 1987.